RECEIVED
IN MONROE, LA

MAR 27 2006



# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| MARGARET HILL | * | CIVIL ACTION NO. 05-1916 |
| Versus | * | JUDGE JAMES |
| LINCOLN PARISH DETENTION CENTER COMMISSIONERS, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Unopposed Motion to Dismiss (Doc. #4) be **GRANTED** and all claims against Lincoln Parish Sheriff's Department be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

THUS DONE AND SIGNED this 27 day of March, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION