
RECEIVED
IN MONROE, LA
JUL 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MARGARET HILL | * | CIVIL ACTION NO. 05-1916 |
| Versus | * | JUDGE JAMES |
| LINCOLN PARISH DETENTION CENTER COMMISSIONERS, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Unopposed Motion to Dismiss (Doc. #16) be **GRANTED,** and all claims against Sheriff Mike Stone be **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 20 day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION