
RECEIVED
IN MONROE, LA

OCT 18 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MARGARET HILL | * | CIVIL ACTION NO. 05-1916 |
| VERSUS | * | JUDGE JAMES |
| LINCOLN PARISH DETENTION CENTER COMMISSIONERS, ET AL | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the orders of this court.

**THUS DONE AND SIGNED** this 17 day of October, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION